**Edward SILL and R. U. Childress v. STATE.**

No. 17352.

Court of Criminal Appeals of Texas.

April 10, 1935.

G. C. Harney, of Borger, for appellants.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The offense is theft of property under the value of $50; the punishment, a fine of $50 and six months in jail.

Appellants entered a plea of guilty and testified that they stole the property described in the complaint from Tom May. No bills of exception are brought forward.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

**Allie WHITAKER v. STATE.**

No. 17515.

Court of Criminal Appeals of Texas.

April 17, 1935.

L. W. Shepperd and F. B. Kimbell, both of Groesbeck, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for theft; punishment, six years in the penitentiary.

The record is here without any statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.